# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID NAIMAN, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-02180-MCE-DMC |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| LICENSED INSURANCE ADVISORS LLC, and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

Before the Court is the Plaintiff's Motion for Leave to File First Amended Complaint. Having considered the Motion, and good cause appearing therefor, the Court grants the Plaintiff's Motion and orders as follows.

///

///

///

///

Plaintiff shall file his First Amended Complaint not later than five (5) days following the date this order is electronically filed.

IT IS SO ORDERED.

Dated: April 9, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT