# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

SID NAIMAN ,

           V.           **SUMMONS IN A CIVIL CASE**

LICENSED INSURANCE ADVISORS LLC , ET AL. ,

           CASE NO: **2:20–CV–02180–MCE–DMC**

TO: **Licensed Insurance Advisors LLC**
Defendant's Address:

    c/o Jason P McDowell, Registered Agent
    1835 South Perimeter Road
    160
    Ft. Lauderdale, FL 33309

**YOU ARE HEREBY SUMMONED** and required to serve on

**Todd M. Friedman**
**Law Offices of Todd M. Friedman, P.C.**
**21550 Oxnard St., Suite 780**
**Woodland Hills, CA 91367**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

/s/ K. Zignago

(By) DEPUTY CLERK



ISSUED ON 2021–04–13 11:13:06 , Clerk USDC EDCA

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-02180-MCE-DMC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Licensed Insurance Advisors LLC, c/o Jason P. McDowell,**
was received by me on *(date)* **04/15/2021**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Chris Fortunato**, who is
designated by law to accept service of process on behalf of *(name of organization)*
**Licensed Insurance Advisors LLC, c/o Jason P. McDowell, Registered Agent** on *(date)* **April 20, 2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
**Description: - Sex: Male - Skin: White - Hair: Bald - Age: 45 - Height: 5ft 7in - Weight: 225 - Other:**

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **April 21, 2021**

_____
*Server's signature*

**Kenneth Wolf - Process Server**
*Printed name and title*

**16108 Route 59, Suite 200, Plainfield, IL 60586**
*Server's address*

Additional information regarding attempted service, etc:

**Summons in a Civil Case, First Amended Class Action Complaint, Initial Pretrial Scheduling Order, Magistrate Judge Consent Information and Voluntary Dispute Resolution Notice**

S62945